**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No. 8:01-cr-60-T-17MAP**

**SANDRA KYLES WILLIAMS**

    **Defendant.**
_____/

# O R D E R

THIS MATTER was before the court on an Initial Appearance for violation of supervised release. The Defendant waived his preliminary revocation hearing.

Upon the basis of the affidavits contained in the court file and defendant's waiver of hearing, the court finds probable cause to hold the Defendant for further proceedings before the United States District Judge, and it is so **ORDERED**.

It is **FURTHER ORDERED** that the Clerk of the Court shall schedule the final revocation hearing before the Honorable Elizabeth A. Kovachevich.

It is **FURTHER ORDERED** that the Defendant is ordered released pending final revocation hearing. Conditions of release addressed by separate order.

It is **FURTHER ORDERED** that the Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation hearing at least three (3) days prior to the final hearing.

**Done and Ordered** in Tampa, Florida this 15th day of August 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Elizabeth A. Kovachevich, U.S. District Judge
Courtroom Deputy
Jay Rudy, Assistant United States Attorney
Dionja Dyer, Attorney for Defendant
U.S. Probation
U.S. Marshal